UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
- 8 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Michael Terrell                    1130200

_____

_____

(Enter above the full name of the plaintiff       (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                    CIVIL ACTION NO. CA 5:06-0334
                              (Number to be assigned by Court)

Fayette County Sherriff's Dept

Officer Pete Lopez

Detective Sizemoore

_____

(Enter above the full name of the defendant
or defendants in this action).

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?

                     Yes ____    No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: _____N/A_____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county):

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** _____

    A. Is there a prisoner grievance procedure in this institution?

        Does Not Apply   Yes ✓        No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____        No ✓

    C. If your answer is YES:

        1. What steps did you take? N/A

        2. What was the result? N/A

    D. If your answer is NO, explain why not: Complaint Not Against this Instutition

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Michael Terrell  1130200

        Address: South Central Regional Jail

    B. Additional Plaintiffs and Address: _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant _Detective Sizemoore_  
   [above line: Fayette County Sheriff's Dept. Officer Pete Lopez]

   is employed as _Law Enforcement Officers_

   at _Fayette County Sherriff's Dept._

D. Additional defendants: _____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

_____

_____

_____

_____

_____

## IV. Statement of Claim (continued):

_____

_____

_____

_____

_____

_____

_____

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

## V. Relief (continued)

_____

_____

_____

_____

_____


VII. **Counsel**

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   *Inmate Legal Rep*

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes ____    No ✓

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____

   _____

   If not, state your reasons: *No Access To Legal Help*

   C. Have you previously had a lawyer representing you in a civil action in this court?

   Yes ____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____,20___.

_____

_____

_____*Michael Tenell*_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                     (Date)

_____*Michael Tenell*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)